AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MERCEDES D. JENKINS,

    Petitioner,

              V.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV315-016
(formerly CR312-004)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on February 9, 2016, the Report and Recommendation of this Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the petition for 2255 is DENIED, judgment is ENTERED in favor of the Respondent, and this civil action stands CLOSED.

February 9, 2016
Date



Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03